[No. 21610–4–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY GENE
SPEAKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–03335–1, George T. Mattson, J., entered
January 8, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 20986–8–I.   Division One.   April 17, 1989.]

VICKIE REINKE, *Appellant,* v. DONALD W. WADLAND,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 86–2–00462–1, Walter J. Deierlein, Jr., J.,
entered July 27, 1987. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Grosse, A.C.J., and Cole, J.
Pro Tem.

[No. 21703–8–I.   Division One.   April 17, 1989.]

ROBERT SWANSON, *Respondent,* v. JOE
DE LA PAZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 87–2–05333–4, James D. McCutcheon, Jr., J.,
entered January 25, 1988. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Coleman, C.J., and
Pekelis, J.